# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JERMAINE CORTEZ PATE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-CV-00043 JMB |
| RUSTY RATLIFF, | ) ) ) |
| Respondent. | ) ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is petitioner's motion for return of his $5.00 filing fee. [ECF No. 12]. Petitioner states that because he was granted in forma pauperis in this matter he would like the Court to return his filing fee. However, the Court has reviewed its records and determined that it has not received a $5.00 filing fee. If petitioner has evidence, showing that he has remitted $5.00 for this action, he may provide it to the Court and seek return of the fee.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request for return of the $5.00 filing fee in this matter [ECF No. 12] is **DENIED** as the Court has not received a fee from petitioner for this action.

**IT IS FURTHER ORDERED** that if petitioner wishes to refile his motion, he must provide the Court with a copy of his prison account statement, or another financial document, showing evidence that a $5.00 fee was remitted **for this case**.

Dated this 2nd day of July, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE